UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-221-MOC-DSC

| WENDY MCKINNEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| CLEVELAND COUNTY BOARD OF EDUCATION, MARK PATRICK, STEPHEN FISHER, JENNIFER WAMPLER, | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is on the Court's own motion. This Court held a hearing on Defendant's summary judgment motion on January 20, 2022. At the hearing, the parties discussed the fact that Plaintiff was on short-term disability before her employment was terminated. Before ruling on the pending summary judgment motion, the Court will require more information from the parties regarding the legal effect, if any, that Plaintiff's short-term disability may have had on Defendant's right to terminate her, as well as how Defendant's lack of knowledge about this status affects her claims.

Plaintiff shall have 20 days in which to file supplemental briefing. Defendant shall then have 10 days to file a Reply.

**IT IS SO ORDERED**.

Signed: February 4, 2022

Max O. Cogburn Jr
United States District Judge