FILED: November 30, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1697
(3:20-cv-00221-MOC-DCK)

_____

WENDY MCKINNEY

      Plaintiff - Appellant

v.

CLEVELAND COUNTY BOARD OF EDUCATION; MARK PATRICK; STEPHEN FISHER; JENNIFER WAMPLER

      Defendants - Appellees

_____

O R D E R

_____

The court grants the motion of Colin A. Shive to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk